**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00097-REB-KLM

ANTONIA YOUNGWIRTH,

    Plaintiff,

v.

GAMBRO, and
GAMBRO RENAL PRODUCTS, INC.,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Joint Stipulation To Dismiss Defendant Gambro, Inc.** [#6] filed February 3, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant Gambro, *i.e.*, Gambro, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation To Dismiss Defendant Gambro, Inc.** [#6] filed February 3, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant Gambro, *i.e.*, Gambro, Inc., are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

3. That defendant Gambro is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated February 4, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge