IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00097-REB-KLM

ANTONIA YOUNGWIRTH,

    Plaintiff,

v.

GAMBRO RENAL PRODUCTS, INC.,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 9; Filed March 18, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an order of the Court as of today's date.

Dated: March 19, 2010