IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00097-REB-KLM

ANTONIA YOUNGWIRTH,

    Plaintiff,

v.

GAMBRO RENAL PRODUCTS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Modify the Scheduling Order Concerning Expert Deadlines** [Docket No. 23; Filed August 24, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Scheduling Order entered on April 6, 2010 [Docket No. 17] is modified to extend the following deadlines:

- Expert Disclosure Deadline    **September 14, 2010**
- Rebuttal Expert Disclosure Deadline    **October 14, 2010**

    Dated: August 25, 2010