IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00097-REB-KLM

ANTONIA YOUNGWIRTH,

    Plaintiff,

v.

GAMBRO RENAL PRODUCTS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Second Unopposed Motion to Modify the Scheduling Order Concerning Expert Deadlines** [Docket No. 26; Filed September 14, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on April 6, 2010 [Docket No. 17] and amended on August 25, 2010 [Docket No. 25], is further modified to extend the following deadlines:

- Expert Disclosure Deadline                      **September 27, 2010**
- Rebuttal Expert Disclosure Deadline           **October 27, 2010**

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the discovery deadline to **November 15, 2010**. **Given the current trial date set in this case, no further extensions of these case deadlines shall be permitted**.

    Dated: September 16, 2010